IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE TRADE SHOW SERVICES INC., an Illinois corporation;<br><br>Defendant. | Case No. 21-cv-1770<br><br>District Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

## JUDGMENT ORDER

This matter comes before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment against Defendant, and the Court having reviewed the motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

A. That Plaintiffs' motion is granted.

B. That Defendant Elite Trade Show Services Inc. is adjudged to be in default.

C. That a default judgment is entered against Elite Trade Show Services Inc.

D. That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, have and recover judgment for unpaid withdrawal liability from and against Defendant Elite Trade Show Services, Inc. in the total amount of $34,443.43. This total amount consists of: (i) withdrawal liability principal in the amount of $26,774.38; (ii) interest on the unpaid withdrawal liability, through June 7, 2021, in the amount of $730.17; (iii) liquidated damages in the amount of $5,354.88; (iv) attorneys' fees in the amount of $1,122.00; and (v) costs in the amount of $462.00;

    E.  That Plaintiffs are awarded post-judgment interest at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, compounded annually.

    F.  That Plaintiffs are awarded execution for collection of the judgment and costs granted.

Dated: June 10, 2021                     Entered by:

                               *Edmond E. Chang*
                               Honorable Edmond E. Chang
                               United States District Judge