ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Central States, Southeast and Southwest Areas
Pension Fund, et al.

Plaintiff(s),

v.

Elite Trade Show Services Inc.,

Defendant(s).

Case No.  21 C 1770
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

      which ☐ includes          pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment entered in favor of the Plaintiffs and against the Defendant in the total amount of $34,443.43. Post-judgment interest shall apply at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, compounded annually.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default and default judgment.

Date:   6/10/2021

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk